05-22968.om

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-22968 -CIV-BROWN

ROXANA MARIA BORCEA, et al.,

    Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

## ORDER RE: NOTICE OF DENIAL OF CLAIM

**This matter** is before this Court on correspondence from Osten J. Arzu Garcia, dated July 10, 2007, which appears to constitute a request for review of the denial of a claim. Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. Defendant shall have through and including August 20, 2007, to address, in writing, why the denial of the claim should be affirmed. Defendant shall provide a copy to the Claimant and shall indicate on the response the address to which the copy was sent.

    2. Claimant Garcia - upon receipt of that writing, shall have through and including September 10, 2007, to respond to the Court, in writing.

    3. After reviewing these materials, the Court will either render a decision or request a hearing, or additional materials, from the parties.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of August, 2007.

                                                    STEPHEN T. BROWN
                                                    UNITED STATES MAGISTRATE JUDGE

cc: Osten J. Arzu Garcia
    Santa Rosa de Aguan
    Department of Colón
    Honduras, C.A.