05-22968.oo

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 05-22968 -CIV-BROWN

ROXANA MARIA BORCEA, et al.,

    Plaintiffs,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

## ORDER RE: NOTICE OF DENIAL OF CLAIM

**This matter** is before this Court on correspondence from Samuel Eloi, which appears to constitute a request for review of the denial of a claim. Accordingly, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant shall have through and including September 26, 2007, to address, in writing, why the denial of the claim should be affirmed. Defendant shall provide a copy to the Claimant and shall indicate on the response the address to which the copy was sent.

2. Claimant Eloi - upon receipt of that writing, shall have through and including October 10, 2007, to respond to the Court, in writing.

3. After reviewing these materials, the Court will either render a decision or request a hearing, or additional materials, from the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2007.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Samuel Eloi
    P.O. Box 172951
    Tampa, FL 33602